ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
FEB 3 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Lisa M. Verduin

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Anthony E. Cooch Jr.

Firm Name: Cooch & Lapham, PLLC

06-84 T

Post Office Box:

Street Address: 3998 Fair Ridge Drive, Suite 150

City-State-Zip: Fairfax, VA 22033

Telephone & Facsimile Numbers: Phone: (703) 359-0088 Fax: (703) 359-1428

E-mail address: acooch@coochandlapham.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D O J

See attached Sheet for three digit code.

Amount Claimed: $ 9,860.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005