IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of fifty-nine days, from April 4, 2006, to and including June 2, 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the refund of an alleged overpayment of federal penalties under 26 U.S.C. § 6672. In responding to tax refund suits, defendant's attorneys must rely on information provided by the Office of the Chief Counsel, Internal Revenue Service, pursuant to 28 U.S.C. § 520. Upon receiving plaintiff's complaint, defendant forwarded a copy to the Office of the Chief Counsel along with a request to assemble the necessary files and to provide the Chief Counsel's recommendations as to how the government should proceed. Defendant's attorneys have not yet received the requested materials and will not receive them in time to file an answer within the original sixty-day period provided by Rule 12 of the Rules of

the United States Court of Federal Claims. According to representations made by the Chief Counsel's attorneys, the enlargement of time requested will be sufficient for them to finish assembling the necessary files and formulating their recommendations, while leaving enough time for defendant's attorneys to review the Chief Counsel's materials and draft a meaningful answer.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

/s Karen Servidea
Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

March 28, 2006

/s David Gustafson
Of Counsel