IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of thirty days, from June 2, 2006, to and including July 2, 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the second enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the refund of an alleged overpayment of federal penalties under 26 U.S.C. § 6672. In responding to tax refund suits, defendant's attorneys must rely on information provided by the Office of the Chief Counsel, Internal Revenue Service, pursuant to 28 U.S.C. § 520. Upon receiving plaintiff's complaint, defendant forwarded a copy to the Office of the Chief Counsel along with a request to assemble the necessary files and to provide the Chief Counsel's recommendations as to how the government should proceed. The Chief Counsel's attorneys subsequently informed defendant's attorneys that they would be unable to locate, process, and forward the necessary files in time for

defendant's attorneys to meet the original sixty-day deadline for responding to plaintiff's complaint (April 4, 2006), but that they expected to be able to do so in time for defendant's attorneys to file an answer by June 2, 2006. Accordingly, defendant moved for, and received from the Court, a sixty-day enlargement of time within which to file its answer.

The Chief Counsel's attorneys subsequently encountered unexpected difficulties in tracking down the necessary files and informed defendant's attorneys that the files likely had been destroyed. With the enlarged deadline for defendant's answer drawing near, defendant's attorneys began preparing an answer without the benefit of the information contained in the Chief Counsel's files. On May 23, 2006, however, defendant's attorneys received notification from the Chief Counsel's attorneys that the files had been located and were being processed within the Chief Counsel's Office. According to representations made by the Chief Counsel's attorneys, defendant's attorneys should receive the files by June 2, 2006. Because defendant's attorneys believe that they will be able to prepare a more meaningful answer in light of the information contained in the Chief Counsel's files, defendant is requesting an additional enlargement of time within which to file its answer. The additional time requested will enable the Chief Counsel's Office to finish processing the necessary files, while leaving sufficient time for defendant's attorneys to review the materials from the Chief Counsel's Office and draft a meaningful answer.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

/s Karen Servidea

Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

May 26, 2006

/s Steven I. Frahm
Of Counsel