# In the United States Court of Federal Claims

No. 06-84T
(Filed May 30, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LISA M. VERDUIN**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |

**ORDER**

The Court has reviewed defendant's unopposed motion for an enlargement of time in which to file its response to the complaint. The motion is hereby **GRANTED**. Defendant shall file its response on or by **July 2, 2006**.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge