IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of sixty days, from August 21, 2006, to and including October 20, 2006, within which to file the joint preliminary status report in the above-captioned case. This is the first enlargement requested for this purpose. We are authorized to state that counsel for plaintiff consents to the requested enlargement.

As good cause therefor, defendant states as follows:

This is a tax refund suit in which plaintiff alleges an overpayment of federal penalties under 26 U.S.C. § 6672. Defendant filed its answer in this case on July 3, 2006. Pursuant to Appendix A, Paragraph 4, of the Rules of the United States Court of Federal Claims, the parties' joint preliminary status report is due on August 21, 2006. Counsel for the parties have not yet completed the necessary consultation regarding each party's submission to the report. In addition, defendant's attorneys currently lack certain information relevant to matters that must be

addressed in the report that we anticipate will be forwarded by the Internal Revenue Service, after a necessary investigation is completed, within the sixty-day period requested.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

/s Karen Servidea
Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

August 21, 2006

/s Mary M. Abate
Of Counsel