# In the United States Court of Federal Claims

No. 06-84T
(Filed August 22, 2006)

```
* * * * * * * * * * * * * * * * * * * * * * * *   *
                                                  *
LISA M. VERDUIN,                                  *
                                                  *
                     Plaintiff,                   *
                                                  *
    v.                                            *
                                                  *
THE UNITED STATES,                                *
                                                  *
                     Defendant,                   *
                                                  *
* * * * * * * * * * * * * * * * * * * * * * * *   *
                                                  *
```

**ORDER**

The Court has reviewed the parties' joint motion for an enlargement of time in which to file the joint preliminary status report. The motion is hereby **GRANTED**. The parties shall file the joint preliminary status report on or by **October 20, 2006**.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge