IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of sixty days, from October 20, 2006, to and including December 19, 2006, within which to file the joint preliminary status report in the above-captioned case. This is the second enlargement requested for this purpose. We are authorized to state that counsel for plaintiff consents to the requested enlargement.

As good cause therefor, defendant states as follows:

This is a tax refund suit in which plaintiff alleges an overpayment of federal penalties under 26 U.S.C. § 6672. Defendant filed its answer in this case on July 3, 2006. Pursuant to Appendix A, Paragraph 4, of the Rules of the United States Court of Federal Claims, the parties' joint preliminary status report ("JPSR") was originally due on August 21, 2006. On that date, defendant, with plaintiff's consent, moved for a sixty-day enlargement within which to file the JPSR, which the Court granted on August 22, 2006. In the meantime, employees of the Internal Revenue Service ("IRS") have been working to gather information needed by defendant's

attorneys to complete the JPSR. The IRS's investigation is taking longer than defendant's attorneys originally expected and will not be finished in time to file the JPSR on October 20, 2006. Before they receive the information from the IRS, defendant's attorneys will be unable to meaningfully address several preliminary matters in the JPSR. According to representations made by IRS employees, the additional sixty-day enlargement requested will be sufficient to complete the necessary investigation, while leaving defendant's attorneys sufficient time to draft the JPSR in consultation with plaintiff's counsel.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

/s Karen Servidea
Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

October 19, 2006

/s Mary M. Abate
Of Counsel