# In the United States Court of Federal Claims

No. 06-84T
(Filed October 20, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **LISA M. VERDUIN**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant, | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |

**ORDER**

Defendant's motion for an enlargement of time in which to file the joint preliminary status report, to which plaintiff consents, is hereby **GRANTED**. The parties shall file the joint preliminary status report on or by **December 19, 2006**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge