IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of sixty days, from December 19, 2006, to and including February 17, 2007, within which to file the joint preliminary status report in the above-captioned case. This is the third enlargement requested for this purpose. We are authorized to state that counsel for plaintiff consents to the requested enlargement.

As good cause therefor, defendant states as follows:

This is a tax refund suit in which plaintiff alleges an overpayment of federal penalties under 26 U.S.C. § 6672. Defendant filed its answer in this case on July 3, 2006. The parties' joint preliminary status report ("JPSR") was originally due on August 21, 2006. Defendant, with plaintiff's consent, has moved for, and received, two sixty-day enlargements, extending the due date for filing the JPSR until December 19, 2006. In its first motion for enlargement, defendant explained that employees of the Internal Revenue Service ("IRS") were working to gather certain information needed by defendant's attorneys to complete the JPSR and that such

investigation would not be completed in time to meet the original August 21, 2006, deadline. In its second motion, defendant informed the Court that the IRS's investigation was taking longer than defendant's attorneys originally expected and that an additional sixty-day period was needed to complete the JPSR. Since the granting of the second enlargement, the IRS has continued to seek the information necessary to determine defendant's position with respect to the litigation of this case. Due to complications unforeseen at the time defendant filed its previous motion for enlargement, the IRS will be unable to complete its investigation in time to file the JPSR on December 19, 2006. As previously explained, without the requested input from the IRS, defendant's attorneys are unable to meaningfully address several preliminary matters in the JPSR. Representatives from the IRS have indicated that the investigation should be completed in time for defendant's attorneys to consult with plaintiff's counsel and file the JPSR within the sixty-day enlargement requested.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

/s Karen Servidea
Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

December 19, 2006

/s Mary M. Abate
Of Counsel