IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR LEAVE TO FILE
FIRST AMENDED JOINT PRELIMINARY STATUS REPORT

The parties respectfully move the Court for leave to file a First Amended Joint Preliminary Status Report.

As good cause therefor, the parties state as follows:

After the parties filed their Joint Preliminary Status Report on February 16, 2007, defendant noticed that it had inadvertently omitted a sentence from paragraph 8 (“Factual and legal issues”) regarding the period of limitation applicable to this tax refund suit. The parties agreed to file an amended Joint Preliminary Status Report to notify the Court of this issue. The First Amended Joint Preliminary Status Report reflects this change and no other.

WHEREFORE, the parties pray that this motion be granted.

Respectfully submitted,

s/ Anthony E. Cooch Jr.
ANTHONY E. COOCH Jr.
Attorney for Plaintiff Lisa M. Verduin
Cooch & Lapham, PLLC
3998 Fair Ridge Drive, Suite 150
Fairfax, Virginia 22033
Tel.: (703) 359-0088
FAX: (703) 359-1428

*Attorney for Plaintiff*

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-3423
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/ Mary M. Abate
Of Counsel

*Attorneys for Defendant*

February 21, 2007