# In the United States Court of Federal Claims

No. 06-84T
(Filed April 11, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**LISA M. VERDUIN**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant,

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

It has just come to the Court's attention that a scheduling order had not been issued following the filing of the first amended joint preliminary status report. The Court notes that in the proposed joint schedule for the completion of fact discovery and other matters, discovery was to have closed by now. The Court requests that the parties file a joint status report within **fourteen days** to inform the Court whether the discovery process is completed and propose a schedule of further proceedings.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge