IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LISA M. VERDUIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-84 T |
| | ) | Judge Wolski |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION FOR STAY

Pursuant to the Court's April 11, 2008, Order, the parties file this joint status report. In addition, the parties respectfully request that the Court enter a stay of proceedings.

After extensive discovery, counsel engaged in extended settlement negotiations that resulted in tentative agreement on a basis for settlement. On March 14, 2008, plaintiff's counsel submitted a formal offer in compromise, on plaintiff's behalf, incorporating those terms. Thereafter, defendant's counsel prepared a memorandum recommending that the offer be accepted. Her memorandum was then forwarded, with associated materials, for review and further action by her superiors within the Justice Department's Tax Division.

By letter of March 27, 2008, both plaintiff's counsel and the Internal Revenue Service's Chief Counsel's office were notified of the acceptance of plaintiff's offer in compromise on behalf of the Attorney General. The Chief Counsel's office was asked to authorize the appropriate Internal Revenue Service Center to process the refund or credit resulting from the settlement. Plaintiff's counsel was asked to sign a proposed stipulation for dismissal with



3227042.1

prejudice and return it to defendant's counsel to hold until the processing of the settlement has been completed.

We anticipate that the processing by the Service Center will require roughly six to eight weeks. The Service Center will then forward to the Tax Division's Post-Litigation Branch either a refund check or a notice of credit.[1] On the same day that the refund check or the notice of credit is mailed to plaintiff's counsel, defendant's counsel will file the fully-executed stipulation of dismissal with the Court.

In the circumstances, we request that further proceedings in this case be suspended for 60 days, until June 24, 2008. If the stipulation for dismissal has not been filed by that date, the parties request that they be permitted to file another joint status report on June 24, 2008.

[1]Section 6402(a) of the Internal Revenue Code authorizes the Secretary of the Treasury to credit any overpayment against certain outstanding liabilities, including liability for an internal revenue tax.

Counsel for plaintiff has consented to the filing of this Joint Status Report by defendant's attorney of record.

/s/ Anthony E. Cooch Jr.
ANTHONY E. COOCH JR.
Cooch & Lapham, PLLC
3998 Fair Ridge Drive, Suite 150
Fairfax, Virginia 22033
Tel.: (703) 359-0088
FAX: (703) 359-1428
*Attorney for Plaintiff*

April 25, 2008
Date

/s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-3423
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

/s/ Mary M. Abate
Of Counsel
*Attorneys for Defendant*

April 25, 2008
Date