# In the United States Court of Federal Claims

No. 06-84T
(Filed April 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
**LISA M. VERDUIN**, *
Plaintiff, *
v. *
**THE UNITED STATES**, *
Defendant, *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion for a stay is **GRANTED** so that they can finalize the settlement of the case. Further proceedings are suspended until June 24, 2008. The parties shall file a joint status report on or before June 24, 2008 if a joint stipulation of dismissal is not filed by that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge